IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROLE KOPS, derivatively on behalf of Nominal Defendant, The Boeing Company, | No. 10–CV–00740 |
| Plaintiff, | Hon. Gary Feinerman |
| v. | |
| W. JAMES MCNERNEY, JR., et al., | |
| Defendants, | |
| and | |
| THE BOEING COMPANY, | |
| Nominal Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Carole Kops hereby voluntarily dismisses this action in its entirety without prejudice.

DATED: June 26, 2012

/s/ William B. Federman
William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560
(405) 239-2112 (Fax)
wbf@federmanlaw.com

James T. Crotty
JAMES T. CROTTY
 & ASSOCIATES
208 South LaSalle Street, Suite 1750
Chicago, Illinois 60604
(312) 623-1599
*On Behalf of Plaintiff Carole Kops*

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Tuesday, June 26, 2012.

              /s/William B. Federman
              William B. Federman